UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-Cr-20403-WPD/LSS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAIRO ANTONIO USUGA-DAVID,

    Defendant.
_____/

**<u>NOTICE OF APPEARANCE</u>**
**<u>TRIAL COUNSEL</u>**

    COMES NOW Arturo V. Hernandez, Esq., and files this his Notice of Appearance as Trial counsel on behalf of the above named Defendant. Counsel agrees to represent the Defendant for all trial proceedings arising out of the above referenced criminal cause in the United States District Court in and for the Southern District of Florida.

    Respectfully submitted,

    By: */s/ Arturo V. Hernandez*
    ARTURO V. HERNANDEZ, P.A.
    Florida Bar No.: 0324078
    Courthouse Center
    40 N.W. 3rd Street, Suite 200
    Miami, FL  33128
    Tel: 305-579-4850
    E-mail: avhlawpa@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the  10th   day of February, 2022, the foregoing document was filed with the Clerk of the Court using the Court's electronic filing system, CM/ECF, I further certify that the foregoing document is being served this date on all counsel of records via transmission of Notices of Electronic Filing to all parties.

                                  Respectfully submitted,

                                  By: */s/ Arturo V. Hernandez*
                                          Arturo V. Hernandez, Esq.